United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   LAWRENCE V LONGHI,
        Plaintiff,                     Case No. 14-cv-04554-KAW
8
9       v.
                                       ORDER REGARDING UNUSABLE
10  KHALED MONAWAR,                    CHAMBERS COPIES
        Defendant.                     Re: Dkt. No. 12, 13, 14, 15
11
12
13      PLEASE TAKE NOTICE that the chambers copies of (1) Plaintiff's Motion for Default
14  Judgment, (2) the Declaration of Lawrence Longhi, (3) the Declaration of Evan Gutman, and (4)
15  the exhibits to those declarations were submitted in a format that is not usable by the court.
16      The chambers copies are not usable because they
17      ☐   consist of a stack of loose paper wrapped with a rubber band;
18      ☐   consist of a stack of loose paper fastened with a binder clip or a paper clip;
19      ☐   are too thick to permit secure fastening with a staple, and is fastened with a
20          brad-type fastener that is too short for the thickness of the document;
21      ☒   have no tabs for the voluminous exhibits;
22      ☐   include exhibits that are illegible;
23      ☐   include exhibits that are unreadable because the print is too small;
24      ☐   include text and/or footnotes in a font smaller than 12 point;
25      ☐   include portions or exhibits that are redacted because the submitting party
26      has requested leave to file those portions under seal; or
27      ☐   are not usable for another reason –
28

The paper used for the above-described chambers copies has been recycled by the court. Plaintiff shall submit chambers copies in a format that is usable by the court no later than June 19, 2015.

IT IS SO ORDERED.

Dated: 06/15/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge