UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE V. LONGHI,<br><br>    Plaintiff,<br><br>    v.<br><br>KHALED MONAWAR,<br><br>    Defendant. | Case No. 14-cv-04554-KAW<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 31 |

Plaintiff Lawrence V. Longhi moved for default judgment against Defendant Khaled Monawar on December 10, 2015. (Dkt. No. 31.) The Court held a hearing on the motion on January 21, 2016. (Dkt. No. 38.) At the hearing, the Court ordered Plaintiff to file supplemental briefing. (*Id.*) As of the filing of this order, Plaintiff has not filed the required supplemental briefing. Accordingly, the motion for default judgment is DENIED WITHOUT PREJUDICE. Plaintiff shall file a renewed motion for default judgment, which cures the deficiencies addressed at the January 21, 2016 hearing, by no later than October 10, 2016. The case management conference currently set for June 7, 2016 is continued to October 18, 2016.

    IT IS SO ORDERED.

Dated: 05/10/16

                                            KANDIS A. WESTMORE<br>
                                            United States Magistrate Judge