UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE V LONGHI,<br><br>        Plaintiff,<br><br>   v.<br><br>KHALED MONAWAR,<br><br>        Defendant. | Case No. 14-cv-04554-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 56 |

On March 8, 2017, Plaintiff Lawrence V. Longhi filed a renewed Motion for Default Judgment. (Dkt. No. 48.) On March 13, 2017, the Court issued an order requiring Plaintiff to file, by the reply filing deadline, a proposed order that "shall be structured as outlined in Attachment A [of the March 13, 2017 order] and include all relevant legal authority and analysis necessary to establish the case." (Dkt. No. 13 at 1.) Pursuant to Civil Local Rule 7-3(c), the reply filing deadline was March 29, 2017. As of March 31, 2017, Plaintiff has not filed the required proposed order.

Accordingly, Plaintiff's counsel is ordered, by **April 7, 2017**, to 1) file the required proposed order, and 2) respond to this order to show cause by explaining why he failed to comply with the Court's March 13, 2017 order. Failure to complete both tasks by April 7, 2017 may result in the Court denying Plaintiff's Motion for Default Judgment.

IT IS SO ORDERED.

Dated: March 31, 2017

                                                              _____<br>
                                                              KANDIS A. WESTMORE<br>
                                                              United States Magistrate Judge